UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-14312-CIV-MARTINEZ/Maynard

PROGRESSIVE CASUALTY
INSURANCE CO.,

      Plaintiff,
v.

M/V BELLA CHRISTINA,
a 2022 Sea Ray 290 SDX,
Bearing Official No.: 1330749,
Her Engines, Tackle, Appurtances,
Spares, and Equipment, *in rem*,

      Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation ("R&R") of the Honorable Shaniek M. Maynard, United States Magistrate Judge, on Plaintiff Progressive Casualty Insurance Co.'s Motion for Entry of Final Default Judgment Against the Vessel and All Potential Claimants and For Release of the Vessel [ECF Nos. 31, 33]. Judge Maynard recommends that Plaintiff's Motion should be granted.

The Court has reviewed the entire file and record, and to date, no objections have been filed to the R&R. The deadline to file objections has now expired. The failure to timely file objections bars the parties from a *de novo* determination by the District Judge of an issue covered in the R&R and bars the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the R&R. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016). Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** that:

1. Judge Maynard's R&R [ECF No. 33] is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion for Entry of Final Default Judgment Against the Vessel and All

Potential Claimants and For Release of the Vessel [ECF No. 31] is **GRANTED**.

3. A Final Judgment *in rem* shall follow by separate order.

**DONE AND ORDERED** in Miami, Florida, this 12 day of February 2026.

```
                            _____
                            JOSE E. MARTINEZ
                            UNITED STATES DISTRICT JUDGE
```

cc: Magistrate Judge Maynard; all counsel of record